IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-216

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| QUALO MARTEZ LOWERY (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to follow a "non-routine procedure" in his case. (Doc. No. 216).

In the motion, the defendant offers to drop his lawsuit against police officers in exchange for dismissal of the criminal charges against him. (Id. at 3). The defendant's 42 U.S.C. § 1983 complaint against police officers was previously dismissed, (No. 3:11-cv-327, Doc. No. 9: Order); the defendant's conviction and sentence in the criminal case were affirmed on appeal, (No. 3:05-cr-216, Doc. No. 214: Opinion); and the Court's denial of the defendant's motion to vacate pursuant to 28 U.S.C. § 2255 is on appeal, (No. 3:09-cv-260, Doc. No. 7: Notice of Appeal). Therefore, there is no further action for this Court to take in this matter.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to follow a non-routine procedure is **DENIED**.

Signed: July 17, 2012

Robert J. Conrad, Jr.
Chief United States District Judge